

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-19-00257-CR
07-19-00258-CR

BRANDON EDWARD STANDERFER, APPELLANT

V.

STATE OF TEXAS, APPELLEE

On Appeal from the 81st District Court
Wheeler County, Texas
Trial Court Nos. 5150 & 5151, Honorable Steven Emmert, Presiding

August 27, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

These appeals involve two issues, namely, the failure to conduct a hearing on a timely motion for new trial, and the admission of purportedly inadmissible outcry testimony. Through our original opinion styled *Standerfer v. State*, No. 07-19-00257-CR, 2020 Tex. App. LEXIS 4355 (Tex. App.—Amarillo June 11, 2020, no pet.) (mem. op., not designated for publication), we overruled the complaint regarding the admission of evidence. However, we sustained the complaint regarding the absence of a hearing on appellant's motion for new trial, abated the appeal, and remanded the cause to the trial

court with directions that it conduct the hearing. It did so and denied the motion for new trial. That resulted in our reinstating the appeal and granting the parties opportunity to submit supplemental briefing on the propriety of the trial court's decision denying a new trial. The deadline for such briefing lapsed, and neither party tendered any. Thus, nothing remains for consideration. Having disposed of each issue raised by appellant, we now affirm the trial court's judgments convicting appellant of indecency with a child by sexual contact.

Brian Quinn
Chief Justice

Do not publish.